United States Bankruptcy Court
Southern District of Texas

In re   Facio-Harrizon, Angel Rene                                              Case No.  _____
                          Debtor(s)                                             Chapter         13

## PAYMENT ADVICES COVER SHEET
## UNDER 11 U.S.C. § 521(a)(1)(B)(iv)

I,  Facio-Harrizon, Angel Rene , declare under penalty of perjury that the foregoing is true and correct (CHECK ONE OF THESE BOXES):

[✓]   I have not been employed by any employer within the 60 days before the date of the filing of the petition.

[ ]   I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because

[ ]   I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.

Date  02 / 24 / 2026        Signature  _____
                                        Angel Rene Facio-Harrizon
                                        Debtor

Doc ID: 1ee0c2aae6420c224d339369f68867631cc43504